UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

H & R FARMS II                                             CASE NO. 6:23-CV-00249

VERSUS                                                        JUDGE ROBERT R. SUMMERHAYS

SYNGENTA CORP ET AL                      MAGISTRATE JUDGE DAVID J. AYO

## NOTICE OF MOTION SETTING WITHOUT DATE

      The Motion Certify Class (Document No. 1) filed by B A S F Agricultural Products Group, B A S F Corp, B A S F S E, Corteva Inc, Syngenta Corp, Syngenta Crop Protection A G, Syngenta Crop Protection L L C on March 7, 2023 has been referred to Honorable David J. Ayo.

### Deadlines

      Any response to said motion is due within twenty-one **(21) days** after service of the motion (see LR 7.5). The movant may **file a reply** within seven **calendar (7) days** after the memorandum in opposition is filed. Any further briefing requires leave of Court. LR 7.8 governs the length of the memoranda. OPPOSITION TO THE MOTION MUST BE FILED TIMELY OR THE MOTION WILL BE CONSIDERED UNOPPOSED.

### No Oral Argument

      It is the policy of the Court to decide motions on the basis of the record without oral argument. Briefs should fully address all pertinent issues. All parties will be notified if the Court finds oral argument is necessary. A written ruling will be issued in due course.

**ALL DEADLINES SET FORTH IN THE SCHEDULING ORDER SHALL REMAIN IN PLACE UNLESS OTHERWISE ORDERED BY THIS COURT.**

      If the parties resolve any matters raised in this motion, the moving party should immediately notify chambers at (337) 593-5140.

**DATE OF NOTICE: March 9, 2023**

                                             TONY R. MOORE
                                             CLERK OF COURT