# U.S. District Court
# Western District of Louisiana (Lafayette)
# CIVIL DOCKET FOR CASE #: 6:23−cv−00249−RRS−DJA

H & R Farms II v. Syngenta Corp et al  
Assigned to: Judge Robert R Summerhays  
Referred to: Magistrate Judge David J Ayo  
Cause: 15:15 Antitrust Litigation

Date Filed: 02/23/2023  
Date Terminated: 03/10/2023  
Jury Demand: Plaintiff  
Nature of Suit: 410 Anti−Trust  
Jurisdiction: Federal Question

**Plaintiff**

**H & R Farms II** represented by **Warren T Burns**  
Burns Charest (DAL)  
900 Jackson St Ste 500  
Dallas, TX 75202  
469−904−4550  
Email: wburns@burnscharest.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Amanda Kate Klevorn**  
Burns Charest  
365 Canal St Ste 1170  
New Orleans, LA 70130  
504−799−2845  
Fax: 504−881−1765  
Email: aklevorn@burnscharest.com  
*ATTORNEY TO BE NOTICED*

**Hannah Quicksell**  
Burns Charest  
365 Canal St Ste 1170  
New Orleans, LA 70130  
504−285−0799  
Email: hquicksell@burnscharest.com  
*ATTORNEY TO BE NOTICED*

**Korey Arthur Nelson**  
Burns Charest  
365 Canal St Ste 1170  
New Orleans, LA 70130  
504−799−2845  
Fax: 504−881−1765  
Email: knelson@burnscharest.com  
*ATTORNEY TO BE NOTICED*

**Kyle Kilpatrick Oxford**  
Burns Charest  
365 Canal St Ste 1170  
New Orleans, LA 70130

504–779–2846  
Fax: 504–881–1765  
Email: koxford@burnscharest.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Syngenta Corp**

**Defendant**

**Syngenta Crop Protection L L C**

**Defendant**

**Syngenta Crop Protection A G**

**Defendant**

**Corteva Inc**

**Defendant**

**B A S F S E**

**Defendant**

**B A S F Corp**

**Defendant**

**B A S F Agricultural Products Group**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/23/2023 | Ï 1 | DEFICIENT COMPLAINT against All Defendants with Jury Demand (Filing fee $402, receipt number ALAWDC–5472001) filed by H & R Farms II. (Attachments: # 1 Civil Cover Sheet)(Attorney Warren T Burns added to party H & R Farms II(pty:pla))(aty,Burns, Warren) Modified to reflect deficient status on 3/3/2023 (Chavis, J). (Entered: 02/23/2023), (QC'ed on 02/27/2023, by Chavis , J) |
| 02/23/2023 | Ï | CASE Assigned to Judge Robert R Summerhays and Magistrate Judge David J Ayo. (crt,Chavis, J) (Entered: 02/27/2023) |
| 02/23/2023 | Ï 1 | DEFICIENT MOTION to Certify Class by H & R Farms II.ADMINISTRATIVE ENTRY to capture motion relief requested within pdf of doc 1 Complaint. Motions referred to Magistrate Judge David J Ayo. (crt,Chavis, J) Modified entry to add docket number and text on 2/27/2023 (Chavis, J). (Entered: 02/27/2023), (QC'ed on 02/27/2023, by Chavis , J) |
| 02/27/2023 | Ï 2 | SUMMONS ISSUED as to B A S F Agricultural Products Group, B A S F Corp, B A S F S E, Corteva Inc, Syngenta Corp, Syngenta Crop Protection A G, Syngenta Crop Protection L L C. (crt,Chavis, J) (Entered: 02/27/2023) |
| 02/27/2023 | Ï 3 | NOTICE of Corporate Disclosure Statement Requirement sent to Warren T Burns on behalf of H & |

| | | |
|---|---|---|
| | | R Farms II. Corporate Disclosure Statement due by 3/22/2023. (crt,Chavis, J) Modified to update due date on 3/8/2023 (Chavis, J). (Entered: 02/27/2023) |
| 03/01/2023 | Ï 5 | NOTICE of Related Actions re Crop Protection Products Loyalty Program Antitrust Litigation, MDL No 362. (crt,Taylor, L) (Entered: 03/04/2023) |
| 03/03/2023 | Ï 4 | NOTICE of Deficiency to Warren T Burns on behalf of H & R Farms II regarding 1 Complaint. Reason: The document was signed by an attorney not admitted to practice before this court. If eligible, and your admission cannot be accomplished within ten days, you may provide a new signature page signed by a member of the bar of this court. See Fed.R.Civ.P.11 and LR11.1. (crt,Chavis, J) (Entered: 03/03/2023) |
| 03/07/2023 | Ï 6 | Class Action Complaint filed by H & R Farms II regarding 1 Complaint, . (Attachments: # 1 Corrected Civil Cover Sheet)(aty,Nelson, Korey) Modified text on 3/8/2023 (Chavis, J). (Entered: 03/07/2023), (QC'ed on 03/08/2023, by Chavis , J) |
| 03/07/2023 | Ï | Set/Reset Deadlines: ( Corporate Disclosure Statement due by 3/22/2023.) (crt,Chavis, J) (Entered: 03/08/2023) |
| 03/07/2023 | Ï 1 | MOTION to Certify Class by B A S F Agricultural Products Group, B A S F Corp, B A S F S E, Corteva Inc, Syngenta Corp, Syngenta Crop Protection A G, Syngenta Crop Protection L L C. Motions referred to Magistrate Judge David J Ayo. ADMINISTRATIVE ENTRY to capture motion relief requested within pdf of doc 1 Complaint. (crt,Chavis, J) Modified to add document number on 3/8/2023 (Chavis, J). (Entered: 03/08/2023), (QC'ed on 03/08/2023, by Chavis , J) |
| 03/07/2023 | Ï | Set/Reset Deadlines as to 1 MOTION to Certify Class. Motion Ripe Deadline set for 3/7/2023. (crt,Chavis, J) (Entered: 03/08/2023) |
| 03/07/2023 | Ï 7 | NOTICE of Motion Setting regarding: 1 MOTION to Certify Class. Motions referred to Magistrate Judge David J Ayo. (crt,Chavis, J) (Entered: 03/09/2023) |
| 03/10/2023 | Ï 8 | NOTICE received via email from Clerk of Judicial Panel on Multidistrict Litigation transmitting Conditional Transfer Order #2 in MDL No. 3062, IN RE: Crop Protection Products Loyalty Program Antitrust Litigation advising case shall be transferred to the Middle District of North Carolina upon request of the record. (crt,Alexander, E) (Entered: 03/10/2023) |
| 03/10/2023 | Ï 9 | ORDER FOR MULTI−DISTRICT LITIGATION TRANSFER CTO # 2, directing transfer to Middle District of North Carolina, In Re: Crop Protection Products Loyalty Program Antitrust Litigation, MDL # 3062. Record electronically transmitted to receiving court. Case Terminated. *All future pleadings should be filed with the newly assigned court.* (crt,Alexander, E) (Entered: 03/10/2023) |

H & R Farms II v. Syngenta Corp et al (6:23−cv−00249−RRS−DJA)